# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Damond Brewer,

     Plaintiff,     :    Case No. 3:08-cv-311

  -vs-                           Magistrate Judge Michael R. Merz

                                      :

Montgomery County Sheriff, etc., et al.,

     Defendants.

## MINUTE ENTRY

This case came on for a telephone conference on outstanding discovery issues at 1:30 p.m. on July 6, 2009. Daniel Getty participated on behalf of the Plaintiff; Victoria Watson participated on behalf of the Montgomery County Defendants and Lynette Dinkler participated on behalf of Defendant Butler Township.

While a number of different issues which may have an impact on scheduling and/or may require additional orders from the Court were discussed, the only matter presently requiring an order is Plaintiff's production of documents requested by Ms. Dinkler and not yet produced. All such documents will be produced to her not later than July 20, 2009.

July 6, 2009.

                                                               *s/ Michael R. Merz*
                                                        United States Magistrate Judge