# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAMOND BREWER,

      Plaintiff,       :      Case No. 3:08-cv-311

   -vs-       Magistrate Judge Michael R. Merz

      :

PHIL PLUMMER, MONTGOMERY
COUNTY SHERIFF, et al.,

      Defendants.

## NOTICE TO COUNSEL

This case is before the Court on Plaintiff's Motion to Dismiss Butler Township Police Department (Doc. No. 32). Plaintiff desires to dismiss without prejudice; Butler Township will consent to dismissal only with prejudice.

This case involves only a claim or claims under federal law, to wit, 42 U.S.C. § 1983. It is the Court's understanding that a dismissal without prejudice of the case against Butler Township would leave these two parties as if nothing had been done, no suit had been filed. See Wright & Miller, Federal Practice and Procedure: Civil § 2367 (3d ed. 2008), cases cited at n. 9. The Court further understands that the two-year statute of limitations for claims under § 1983 has expired and this claim would not be saved by the Ohio savings statute, Ohio Revised Code § 2305.19. See *Parrish v. HBO & Co.*, 85 F. Supp. 2d 792 (S.D. Ohio 1999). Therefore a dismissal without prejudice may leave the claim barred by the statute of limitations.

1

Counsel should by their own research satisfy themselves whether the Court's understanding is correct. If it is, the parties may wish to reconsider their positions on the Motion.

September 9, 2009.

s/ **Michael R. Merz**<br>
United States Magistrate Judge